# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONNIE FUNG,<br><br>      Plaintiff,<br>vs.<br><br>CIR LAW OFFICE LLP<br><br>      Defendant. | Case No.: **2:13-cv-00386-CBM-RZ**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [JS-6]** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
Honorable Consuelo B. Marshall
United States District Judge